■ ISLAND HOLDING, LLC, Plaintiff, v DENIS J. O'BRIEN et al., Defendants, ALABERT J. O'BRIEN et al., Appellants, and NICHOLAS E. VALNER et al., Respondents. [759 NYS2d 336] —In an action to foreclose a mortgage, the plaintiff appeals from (1) an order of the Supreme Court, Suffolk County (Underwood, J.), dated May 2, 2002, which denied its motion for leave to renew a decision of the same court, dated August 10, 2001, and (2) an order of the same court, dated May 6, 2002, which, in effect, denied that branch of its motion which was to distribute certain surplus money, and vacated a lien on the subject property.

■ ISLAND HOLDING, LLC, Appellant, v DENIS J. O'BRIEN et al., Defendants, and ALABERT J. O'BRIEN et al., Respondents. [759 NYS2d 337] —In an action to foreclose a mortgage, the defendants Alabert J. O'Brien, also known as Albert J. O'Brien and Douglas Alan O'Brien, as trustee FBO Denis J. O'Brien Family, appeal, as limited by their brief, from so much of an order of the Supreme Court, Suffolk County (Underwood, J.), dated May 3, 2002, as denied their motion to strike a notice of claim to surplus money, dated September 10, 2001.

Ordered that the order is affirmed insofar as appealed from, with costs.

Since the report of sale had not been confirmed, the subject notice of claim to surplus money, dated September 10, 2001, was timely (*see* RPAPL 1361 [1]). Contrary to the appellants' contention, the claimant did not waive any and all claims to the surplus money. Ritter, J.P., Altman, Krausman and Crane, JJ., concur.